UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWRENCE J. DAVIDSON, ) <br> ) <br> Defendant. ) | 2:05-CR-439-RLH-(VCF) |

**ORDER OF FORFEITURE**

This Court found on May 31, 2012, that LAWRENCE J. DAVIDSON shall pay a criminal forfeiture money judgment of $932,802.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 2; Plea Memorandum, ECF No. 55; Order of Forfeiture, ECF No. 56; Minutes of Change of Plea Proceedings, ECF No. 57.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LAWRENCE J. DAVIDSON a criminal forfeiture money judgment in the amount of $932,802.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Sections 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 10 day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE